## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| JENNIFER CREWS, *et al.*, | ) | CASE NO. 1:22-CV-00011 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED EXTENSION OF TIME** |
| PHH MORTGAGE CORPORATION dba | ) | **TO MOVE, PLEAD, OR** |
| PHH MORTGAGE SERVICING, | ) | **OTHERWISE RESPOND TO** |
| | ) | **PLAINTIFFS' COMPLAINT** |
| Defendant. | ) | |

Plaintiffs Jennifer Crews and Shawn Crews ("Plaintiffs") hereby stipulate and agree that Defendant PHH Mortgage Corporation dba PHH Mortgage Servicing ("PHH") shall have an additional twenty-one (21) days, up to and including February 23, 2022, to move, plead, or otherwise respond to Plaintiffs' Complaint. This is the first extension that PHH has requested and no prior stipulated extensions have been granted or obtained.

                                                                     Respectfully submitted,

| | |
|---|---|
| */s/ Brian Flick via email consent 1.25.22* | */s/ Stefanie L. Deka* |
| Marc E. Dann (0039425) | Stefanie L. Deka (0089248) |
| Daniel M. Solar (0085632) | McGlinchey Stafford |
| Michael A. Smith (0097147) | 3401 Tuttle Rd, Ste 200 |
| Brian Flick (0081605) | Cleveland, OH 44122 |
| DannLaw | Telephone: (216) 378-9914 |
| 15000 Madison Avenue | Facsimile: (216) 274-9201 |
| Lakewood, OH 44107 | sdeka@mcglinchey.com |
| Telephone: (216) 373-0539 | *Counsel Defendant PHH Mortgage Corporation* |
| Facsimile: (216) 373-0536 | *dba PHH Mortgage Servicing* |
| notices@dannlaw.com | |
| *Counsel for Plaintiffs* | |

19489543.1

## CERTIFICATE OF SERVICE

      **I CERTIFY** that a true and accurate copy of the foregoing *Stipulated Extension of Time to Move, Plead, or Otherwise Respond to Plaintiffs' Complaint* was served upon the following via the Court's electronic filing system this 25th day of January, 2022:

Marc E. Dann
Brian Flick
Daniel M. Solar
Michael A. Smith
notices@dannlaw.com
*Counsel for Plaintiff*

                                                      */s/ Stefanie L. Deka*
                                                      Stefanie L. Deka (0089248)