### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

| | | |
|---|---|---|
| JENNIFER CREWS, *et al.*, | ) | CASE NO. 1:22-CV-00011 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL WITH** |
| PHH MORTGAGE CORPORATION dba | ) | **PREJUDICE** |
| PHH MORTGAGE SERVICING, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of a confidential settlement and release agreement, Jennifer Crews and Shawn Crews ("Plaintiffs"), Defendant PHH Mortgage Corporation dba PHH Mortgage Servicing ("PHH") represent to the Court that this matter is settled to their mutual satisfaction. As such, Plaintiffs' Complaint is hereby dismissed *with prejudice*.

This Court retains jurisdiction to enforce the term of the settlement and release agreement. The parties agree that each shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Solar via email consent 05.05.22* | */s/ Stefanie L. Deka* |
| Marc E. Dann (0039425) | Stefanie L. Deka (0089248) |
| Daniel M. Solar (0085632) | **McGlinchey Stafford** |
| Michael A. Smith (0097147) | 3401 Tuttle Road, Suite 200 |
| Brian D. Flick (0081605) | Cleveland, OH 44122 |
| DannLaw | Telephone: (216) 378-9914 |
| P.O. Box. 6031040 | Facsimile: (216) 274-9201 |
| Cleveland, OH 44103 | sdeka@mcglinchey.com |
| Telephone: 216-373-0539 | *Counsel for Defendant PHH Mortgage* |
| Facsimile: 216-373-0536 | *Corporation dba PHH Mortgage Servicing* |
| notices@dannlaw.com | |
| *Counsel for Plaintiffs* | |

# EXHIBIT B

20283892.1

**CERTIFICATE OF SERVICE**

  **I CERTIFY** that a true and accurate copy of the foregoing was served upon the following via electronic mail this 5th day of May, 2022:

Marc E. Dann
Brian Flick
Daniel M. Solar
Michael A. Smith
notices@dannlaw.com
*Counsel for Plaintiff*

             */s/ Stefanie L. Deka*
             Stefanie L. Deka (0089248)

20283892.1